LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
PO Box 3350
Carefree, AZ 85377

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DONALDS, BONNIE LYNN<br><br>Debtor(s) | |
| LAWRENCE J. WARFIELD, TRUSTEE<br><br>Plaintiff<br><br>vs.<br><br>CHRISTINA FLETCHER<br>5636 MOCCASIN POINT STREET<br>LAS VEGAS, NV 89148<br><br>Defendant | Chapter 7<br><br>Bankruptcy No. 3:17-BK-02859-DPC<br><br>Adversary No. 3:18-ap-    DPC<br><br>**CHAPTER 7 TRUSTEE'S COMPLAINT** |

Plaintiff, Lawrence J. Warfield, the duly appointed Chapter 7 Trustee herein ("Plaintiff"), alleges for Plaintiff's Complaint against Defendant, CHRISTINA FLETCHER ("Defendant"), as follows:

**Facts**

1. This adversary proceeding is brought in connection with the above captioned bankruptcy case pending under Chapter 7 of Title 11, United States Code ("Underlying Case").

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157, and 11 U.S.C. § 544.

3. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1409(a).

5. Plaintiff is duly appointed Chapter 7 Trustee in the Underlying Case.

6. Pursuant to Federal Rule of Bankruptcy Procedure 7001, a proceeding to recover money or property is governed by Part VII of the Federal Rules of Bankruptcy Procedure.

7. Plaintiff may bring this adversary proceeding on behalf of the Bankruptcy Estate pursuant to Federal Rule of Bankruptcy Procedure 6009.

8. The Underlying Case was commenced by the filing of a *Voluntary Petition* by BONNIE LYNN DONALDS ("Debtors") under Chapter 7 of Title 11, United States Code, on March 23, 2017 ("Petition Date").

9. The insider preference period is March 23, 2016 thru March 23, 2017.

10. Debtor indicated to the Trustee that, during the preference period, debtor paid to her daughter, CHRISTINA FLETCHER, the sum of Three Thousand Five Hundred Fifty Eight Dollars ($3,558.00).

11. Debtor provided to the Trustee, a letter from CHRISTINE FLETCHER, evidencing the preferential payment received by CHRISTINE FLETCHER. (**EXHIBIT A**)

12. On January 24, 2018, Trustee mailed to CHRISTINE FLETCHER, correspondence demanding return of the preference payment of $3,558.00. (**EXHIBIT B**)

13. On February 19, 2018, Trustee mailed to CHRISTINE FLETCHER, correspondence demanding return of the preference payment of $3,558.00. (**EXHIBIT C**).

14. The payment/transfer was to or for the benefit of Defendant.

15. The payment/transfer was for or on account of an antecedent debt owed by Debtor before the Transfers were made.

16. The payment/transfer was made while Debtor was insolvent.

17. The payment/transfer was made on or within one (1) year before the Petition Date.

18. The payment/transfer enabled Defendant to receive more than Defendant would receive in a case under Chapter 7 if the payment/transfer had not been made.

**First Cause of Action – Avoidance of Preferential Transfers (11 U.S.C. § 547)**

19. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

20. Under 11 U.S.C. § 547(b), a trustee can avoid a transfer if the transfer: 1) was of an interest of the debtor in property, 2) was to or for the benefit of a creditor, 3) was for or on account of an antecedent debt, 4) was made within ninety (90) days before the filing of the bankruptcy, 5) was made while the debtor was insolvent, and 6) enabled the creditor to receive more than it would have received in a chapter 7 case.

21. The Plaintiff may avoid the Transfers pursuant to 11 U.S.C. § 547.

**Second Cause of Action – Recovery of Property Transferred (11 U.S.C. § 550)**

22. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

23. Pursuant to 11 U.S.C. § 550, to the extent a transfer is avoided under 11 U.S.C. § 547, a trustee may recover, for the benefit of the estate, the property transferred, or the value of such property, from the initial transferee of such transfer or the entity for whose benefit such transfer was made.

24. Pursuant to 11 U.S.C. § 550, the Plaintiff may recover from Defendant, for the benefit of the Bankruptcy Estate, the Transfers, or the value of the Transfers.

**WHEREFORE,** Plaintiff prays that this Court find in favor of the Plaintiff as follows:

A. For the entry of an order avoiding the Transfers;

B. For the entry of a judgment against Defendant in an amount of $3,558.00;

C. For Plaintiff's actual costs, or in the event of default, costs in the amount of $350.00 for the filing fee to file this Complaint;

D. For interest at the federal district court judgment rate from the date of judgment until satisfaction; and

E. For any other relief this Court deems just and proper.

RESPECTFULLY SUBMITTED this March 21, 2018

                               /s/ *Lawrence J. Warfield*
                               Lawrence J. Warfield, Trustee

To whom this concerns:

I Christina Fletcher helped and prepared Bonnie Bivens/ Donalds taxes for 2016 tax year. Bonnie Bivens/Donalds stayed with me from April thru November 2016 while she was going thru her divorce from her husband at the time. Bonnie didn't have enough money to give me for the room and bored i provided for her in the dates above so she owed me $500 a month x 7 equaling out $3558. The other part $292. is what i charged her to do her taxes so i paid up front on the state because she didn't have the money to pay that either, and the preparation of her taxes which i charge $250 dollars. If you have any question feel free to give me a call.

Sincerely Christina Fletcher

5636 Moccasin Point street
Las Vegas nv 89148
702-427-1514

**Lawrence J. Warfield, CPA**
U.S. Bankruptcy Trustee

P.O. Box 3350
Carefree, AZ 85377

Phone: 480-948-1711
www.northernazbankruptcy.com

January 24, 2018

CHRISTINA FLETCHER
5636 MOCCASIN POINT STREET
LAS VEGAS, NV 89148

    RE:    In Re DONALDS, BONNIE LYNN
             District of Arizona Bankruptcy Court Case No. 3:17-BK-02859-DPC
             Social Security #: xxx-xx-8823

To whom it may concern:

I am the duly appointed Chapter 7 Trustee in the above-referenced bankruptcy estate. BONNIE LYNN DONALDS, ("Debtor") filed a Chapter 7 Bankruptcy Petition on 03/23/2017.

The Debtor provided information to this Trustee, that DEBTOR paid to CHRISTINA FLETCHER, the sum of **$3,558.00** within 90 days preceding the filing of Chapter 7 Bankruptcy.

Accordingly, I demand return of this bankruptcy estate's asset of all funds received in the 90 days prior to March 23, 2017. Please send a check for all such funds to this office at the address listed above, payable to "Lawrence J. Warfield, Chapter 7 Trustee for the Estate of BONNIE LYNN DONALDS".

If a representative of CHRISTINA FLETCHER fails to call my office to make arrangements for payment or if CHRISTINA FLETCHER fails to send payment as stated above within **Fourteen (14) days** of the date of this letter, I am prepared to file a Complaint to Avoid Preferential Transfer of Estate Funds against CHRISTINA FLETCHER for all preference payments, plus any fees and costs associated with this matter.

Sincerely,

/s/ *Lawrence J. Warfield*

Lawrence J. Warfield,
Chapter 7 Bankruptcy Trustee

EXHIBIT C

**Lawrence J. Warfield, CPA**
U.S. Bankruptcy Trustee

P.O. Box 3350
Carefree, AZ 85377

Phone: 480-948-1711
www.northernazbankruptcy.com

February 19, 2018

## SECOND NOTICE

CHRISTINA FLETCHER
5636 MOCCASIN POINT STREET
LAS VEGAS, NV 89148

RE: In Re DONALDS, BONNIE LYNN
District of Arizona Bankruptcy Court Case No. 3:17-BK-02859-DPC
Social Security #: xxx-xx-8823

To whom it may concern:

I am the duly appointed Chapter 7 Trustee in the above-referenced bankruptcy estate. BONNIE LYNN DONALDS, ("Debtor") filed a Chapter 7 Bankruptcy Petition on 03/23/2017.

The Debtor provided information to this Trustee, that DEBTOR paid to CHRISTINA FLETCHER, the sum of **$3,558.00** within 90 days preceding the filing of Chapter 7 Bankruptcy.

Accordingly, I demand return of this bankruptcy estate's asset of all funds received in the 90 days prior to March 23, 2017. Please send a check for all such funds to this office at the address listed above, payable to "Lawrence J. Warfield, Chapter 7 Trustee for the Estate of BONNIE LYNN DONALDS".

If a representative of CHRISTINA FLETCHER fails to call my office to make arrangements for payment or if CHRISTINA FLETCHER fails to send payment as stated above within **Fourteen (14) days** of the date of this letter, I am prepared to file a Complaint to Avoid Preferential Transfer of Estate Funds against CHRISTINA FLETCHER for all preference payments, plus any fees and costs associated with this matter.

Sincerely,

/s/ *Lawrence J. Warfield*

Lawrence J. Warfield,
Chapter 7 Bankruptcy Trustee